# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　v.<br>$15,450.00 IN MONEY ORDERS,<br><br>　　　　　　　Defendant. | Case No. 2:11-cv-10503-ODW(VBKx)<br><br>**ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

On February 4, 2013, the Court stayed the action until June 30, 2013, and gave Claimants 30 days thereafter to answer or otherwise respond to the Complaint. This 30-day deadline has passed, and the parties have not stipulated to extend the stay.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing no later than August 7, 2013, why this case should not be dismissed for failure to prosecute. No hearing will be held for this matter. The Court will discharge this order to show cause upon receipt of a request for entry of default from Plaintiff, an answer or a response from Claimants, or a joint stipulation to stay this action for an additional period of time.

**IT IS SO ORDERED.**

July 31, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**