# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>$15,450.00 IN MONEY ORDERS,<br><br>　　　　　Defendant. | Case No. 2:11-cv-10503-ODW(VBKx)<br><br>**ORDER TO SHOW CAUSE** |

　　In view of the parties' Joint Response, the Court discharges its previous Order to Show Cause re Lack of Prosecution. (ECF No. 17.) The parties are hereby **ORDERED TO SHOW CAUSE**, in writing no later than August 27, 2013, why settlement has not been finalized. No hearing will be held for this matter. All remaining case dates are hereby **VACATED**. The Court will discharge this order to show cause upon the filing of a stipulation to dismiss and a proposed order of dismissal.

　　**IT IS SO ORDERED.**

　　August 6, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE