# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br>$15,450.00 IN MONEY ORDERS,<br><br>        Defendant. | Case No. 2:11-cv-10503-ODW(VBKx)<br><br>**ORDER TO SHOW CAUSE** |

In view of the parties' Joint Response, the Court discharges its previous Order to Show Cause re Lack of Prosecution. (ECF No. 17.) The parties are hereby **ORDERED TO SHOW CAUSE**, in writing no later than August 27, 2013, why settlement has not been finalized. No hearing will be held for this matter. All remaining case dates are hereby **VACATED**. The Court will discharge this order to show cause upon the filing of a stipulation to dismiss and a proposed order of dismissal.

**IT IS SO ORDERED.**

August 6, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**