1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture
5  FRANK D. KORTUM
   Assistant United States Attorney
6  Asset Forfeiture Section
   California Bar No. 110984
7       United States Courthouse                    JS-6
        312 North Spring Street, 14th Floor
8       Los Angeles, California 90012
        Telephone:  (213) 894-5710
9       Facsimile:  (213) 894-7177
10      E-Mail:  Frank.Kortum@usdoj.gov

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12
                    UNITED STATES DISTRICT COURT
13
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
                          WESTERN DIVISION
15
                                  ) No.: CV 11-10503-ODW (VBKx)
16 UNITED STATES OF AMERICA,      )
                                  ) [PROPOSED] CONSENT JUDGMENT
17           Plaintiff,           )
                                  )
18     vs.                        )
                                  )
19 $15,450.00 IN MONEY ORDERS,    )
                                  )
20           Defendant.           )
                                  )
21 ───────────────────────────────)
   KATHY THABET, MAGDY THABET, AND)
22 ADRIAN HAMPTON,                )
                                  )
23           Claimants.           )
   ───────────────────────────────)
24

25    Plaintiff and Claimants Kathy Thabet, Magdy Thabet, and
26 Adrian Hampton ("Claimants") have made a stipulated request for
27
                                   1
28

the entry of this consent judgment of forfeiture resolving all claims concerning the defendant $15,450.00 in Money Orders (Asset ID No. 09-DEA-510748). No other party has made, or is believed to have any claim to either defendant asset, and the time for filing claims has expired.

Good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that the defendant $15,450.00 in Money Orders (Asset ID No. 09-DEA-510748) is hereby forfeited to the United States, and no other right, title or interest shall exist therein.

/ / /
/ / /
/ / /

1       The Court finds that there was reasonable cause for the seizure of the defendant asset and the institution of this action.  This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.  Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant asset.

DATED:   September 3, 2013

_____
THE HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

Presented By:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture

_____
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3